# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CRYSTAL RAMIREZ, KELLY CZUBAK and COURTNEY MCENTIRE,**

      Plaintiffs,

v.                                   Case No:   6:13-cv-1074-Orl-22GJK

**URBAN OUTFITTERS, INC.,**

      Defendant.

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss the Second Amended Complaint for Lack of Subject Matter Jurisdiction (Doc. No. 65) filed on May 30, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 15, 2014 (Doc. No. 72), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Dismiss the Second Amended Complaint for Lack of Subject Matter Jurisdiction (Doc. No. 65) is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties