# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CRYSTAL RAMIREZ, KELLY CZUBAK and COURTNEY MCENTIRE,**

   Plaintiffs,

v.             Case No: 6:13-cv-1074-Orl-22GJK

**URBAN OUTFITTERS, INC.,**

   Defendant.

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 83) filed on November 26, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 85), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 7, 2015 (Doc. No. 84), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice is hereby GRANTED to the extent that the Court finds the parties' settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record